```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 08711
    JOHNNIE MAE COOK
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-4469


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/10/2005 and was confirmed 04/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  74.03%.

     The case was paid in full 02/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP     UNSECURED OTH    3933.39            .00          2912.28
ECAST SETTLEMENT CORP     UNSECURED       33422.11            .00         24743.39
DISCOVER FINANCIAL SERVI  UNSECURED       15449.22            .00         11437.52
ECAST SETTLEMENT CORP     UNSECURED        5310.70            .00          3931.67
ECAST SETTLEMENT CORP     UNSECURED        2602.08            .00          1926.40
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                          2,748.77
DEBTOR REFUND             REFUND                                             229.87

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               50,629.90

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      44,951.26
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            2,748.77
DEBTOR REFUND                                     229.87
                      --------------          --------------
TOTALS                50,629.90                50,629.90
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 08711 JOHNNIE MAE COOK